942

No. 554. CHAMBERS *v.* BEAUCHAMP, ADMINISTRATOR, ET AL. Sup. Ct. N. M. Certiorari denied. *J. Redwine Patterson* for petitioner. *Merrill L. Norton* for respondents.

No. 318. HAMER ET AL. *v.* ELY ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Morton Stavis, William M. Kunstler, Arthur Kinoy, Benjamin E. Smith,* and *Alvin J. Bronstein* for petitioners. *A. F. Summer,* Attorney General of Mississippi, and *Will S. Wells,* Assistant Attorney General, for respondents.

No. 533. COX, PENITENTIARY SUPERINTENDENT *v.* JONES ET AL. C. A. 4th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. *Robert Y. Button,* Attorney General of Virginia, and *Reno S. Harp III* and *W. Luke Witt,* Assistant Attorneys General, for petitioner.

No. 550. JACKSON ET VIR *v.* GENERAL MOTORS CORP., OLDSMOBILE DIVISION. Sup. Ct. Tenn. Motion to dispense with printing petition granted. Certiorari denied. *Leo J. Buchignani* for respondent.

No. 160, Misc. JACKSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Derald E. Granberg,* Deputy Attorney General, for respondent.

No. 534, Misc. BORREGE *v.* GABBA, GUARDIAN. Ct. App. Cal., 3d App. Dist. Certiorari denied.